IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

VERSATOP SUPPORT SYSTEMS, INC.,

    Plaintiff,

v.

GEORGIA EXPO, INC.,

    Defendant.

3:15-CV-02030-JE

ORDER

**BROWN, Judge.**

Magistrate Judge John Jelderks issued Findings and Recommendation (#45) on February 16, 2017, in which he recommends the Court grant Defendant's Motion (#34) for Summary Judgment and deny Plaintiff's Cross-Motion (#38) for Summary Judgment. Plaintiff filed timely Objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

This Court has carefully considered Plaintiff's Objections and concludes they do not provide a basis to modify the Findings and Recommendation. The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#45) and, therefore, **GRANTS** Defendant's Motion (#34) for Summary Judgment and **DENIES** Plaintiff's Cross-Motion (#38) for Summary Judgment.

IT IS SO ORDERED.

DATED this 13th day of April, 2017.

                                      */s/ Anna J. Brown*
                                      ANNA J. BROWN
                                      United States District Judge